**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____   Case No. _____

SEVILLA ESTELA, PEDRO & RIVERA RODRIGUEZ, MARITZA   Chapter 13
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8/21/2010                                   ☐ AMENDED PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION                               Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ 800.00 x 60 = $ 48,000.00 <br> $ ____ x ____ = $ ____ <br> $ ____ x ____ = $ ____ <br> $ ____ x ____ = $ ____ <br> $ ____ x ____ = $ ____ <br><br> TOTAL: $ 48,000.00 <br><br> Additional Payments: <br> $ _____ to be paid as a LUMP SUM within _____ with proceeds to come from: <br> ☐ Sale of Property identified as follows: <br> _____ <br> _____ <br> ☐ Other: <br> _____ <br> _____ <br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ ____ x ____ = $ ____ <br><br> PROPOSED BASE: $ 48,000.00 | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☒ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☒ Trustee pays secured ARREARS: <br> Cr. SCOTIABANK       Cr. _____       Cr. _____ <br> # 1361246            # _____         # _____ <br> $ 17,000.00          $ _____         $ _____ <br> 2. ☒ Trustee pays IN FULL Secured Claims: <br> Cr. TOYOTA CREDIT    Cr. _____       Cr. _____ <br> # 406121973          # _____         # _____ <br> $ 13,000.00          $ _____         $ _____ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. _____           Cr. _____       Cr. _____ <br> # _____             # _____         # _____ <br> $ _____             $ _____         $ _____ <br> 4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder: <br> COOP A/C VEGA ALTA <br> 5. ☐ Other: <br> _____ <br> 6. ☒ Debtor otherwise maintains regular payments directly to: <br> SCOTIABANK    FIRST MORTGAGE    FIRST MORTGAGE <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____ <br> ☐ Paid 100% / ☐ Other: _____ <br> Cr. _____    Cr. _____    Cr. _____ <br> # _____      # _____      # _____ <br> $ _____      $ _____      $ _____ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,050.00 | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) <br> See Continuation Sheet |
| Signed: /s/ PEDRO SEVILLA ESTELA <br>         Debtor <br><br> /s/ MARITZA RIVERA RODRIGUEZ <br>         Joint Debtor | |

Attorney for Debtor Jose Prieto _____   Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | CRISTIAN GOMEZ | | |
| | CRISTIAN LOPEZ | | |
| | JEANETTE NAZARIO | | |
| | JESUS PABON / KIRYA ME | | |
| | MELANE TSE HERNANDE | | |

**IN RE** SEVILLA ESTELA, PEDRO & RIVERA RODRIGUEZ, MARITZA  Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 2 of 2**

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID PRO RRATA WITH ARREARS OWED TO RELIABLE FIN AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS CONSENTS LIFT OF STAY IN FAVOR OF RELIABLE FINANCIAL & FORD MOTOR CREDIT.

DEBTOR WILL PROVIDE INSURANCE TO TOYOTA CREDIT THROUGH EASTERN AMERICAN INSURANCE.

ADEQUATE PROTECTION OF $75 TO TOYOTA CREDIT.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only