**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: PEDRO SEVILLA ESTELA
MARITZA RIVERA RODRIGUEZ

Bkrtcy. No. 10-07630-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 21, 2010 | Meeting Date: Sep 23, 2010 | DC Track No. 24 |
| Days from petition date: 33 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 2/23/2008 | ☐ Chapter 13 Plan Date: Aug 21, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 2nd Bankruptcy petition. | Plan Base: $48,000.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Oct 15, 2010 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☒ Joint Debtor Present ☒ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☒ Creditor(s) present: ☐ None.
Firstbank - N. Melchor

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JOSE M PRIETO CARBALLO
Total Agreed: $3,000.00 Paid Pre-Petition: $950.00 Outstanding: $2,050.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: $ TBD
23 C/O The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 30 DAYS
§341 Meeting Rescheduled for: Pending remittance of IRS 1040's 2006 to 2009.

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Debtor will obtain statement of sales income from Beauty Control for month of July 2010.
(2) Debtor will make first payment in 5 days.
(3) Debtor must list inheritance interest in Las Colinas property belonging to mother and father.

/s/ José R. Carrión
Trustee         Presiding Officer         Page 1 of 2         Date: Sep 23, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:** is deceased, they are two siblings.

Trustee / Presiding Officer       Page 2 of 2       Date: 9/23/2010