IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-07630 BKT |
|---|---|
| **PEDRO SEVILLA ESTELA**<br>**MARITZA RIVERA RODRIGUEZ** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan and eliminate pre petition arrears to First Bank since debtor complete loss mitigation process.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 8th day of February of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court
District of Puerto Rico**

IN RE:                 Case No. 10-07630-13

SEVILLA ESTELA, PEDRO & RIVERA RODRIGUEZ, MARITZA     Chapter 13
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 2-8-2011
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 800.00 x 12 = $ 9,600.00
$ 1,000.00 x 48 = $ 48,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 57,600.00

Additional Payments:
$ 20,000.00 to be paid as a LUMP SUM within 48 months with proceeds to come from:

☑ Sale of Property identified as follows:
FROM SALE OR REFINANCE OF THE COMERCIAL PROPERTY

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 77,600.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,050.00

Signed: /s/ PEDRO SEVILLA ESTELA
Debtor

/s/ MARITZA RIVERA RODRIGUEZ
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SCOTIABANK    Cr. _____    Cr. _____
# 1361246    # _____    # _____
$ 17,000.00    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. TOYOTA CREDIT    Cr. _____    Cr. _____
# 406121973    # _____    # _____
$ 13,000.00    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP A/C VEGA ALTA
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
SCOTIABANK    FIRST MORTGAGE    FIRST MORTGAGE

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
           ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
See Continuation Sheet

Attorney for Debtor Jose Prieto              Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

IN RE SEVILLA ESTELA, PEDRO & RIVERA RODRIGUEZ, MARITZA        Case No. 10-07630-13
                            Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | CRISTIAN GOMEZ | | |
| | CRISTIAN LOPEZ | | |
| | JEANETTE NAZARIO | | |
| | JESUS PABON / KIRYA M[ | | |
| | MELANE TSE HERNANDE | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE SEVILLA ESTELA, PEDRO & RIVERA RODRIGUEZ, MARITZA          Case No. 10-07630-13
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID PRO RRATA WITH ARREARS OWED TO RELIABLE FIN AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS CONSENTS LIFT OF STAY IN FAVOR OF RELIABLE FINANCIAL & FORD MOTOR CREDIT.

DEBTOR WILL PROVIDE INSURANCE TO TOYOTA CREDIT THROUGH EASTERN AMERICAN INSURANCE.

ADEQUATE PROTECTION OF $75 TO TOYOTA CREDIT.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          FIRSTBANK PUERTO RICO                    RELIABLE FINANCIAL SERVICES
0104-3                                   CARDONA-JIMENEZ LAW OFFICE               CARLOS E PEREZ PASTRANA
Case 10-07630-BKT13                      PO BOX 9023593                           PO BOX 21382
District of Puerto Rico                  SAN JUAN, PR 00902-3593                  SAN JUAN, PR 00928-1382
Old San Juan
Wed Jan  5 15:31:05 AST 2011

SCOTIABANK DE PUERTO RICO                US Bankruptcy Court District of P.R.     ARM
c/o WALLACE VAZQUEZ SANABRIA             U.S. Post Office and Courthouse Building P O BOX129
17 MEXICO STREET, SUITE D-1              300 Recinto Sur Street, Room 109         THOROFARE, NJ  08086-0129
SAN JUAN, PR 00917-2202                  San Juan, PR 00901-1964


COOP A/C VEGA ALTA                       CRISTIAN GOMEZ                           CRISTIAN LOPEZ
P O BOX 1078                             2115 CALLE ALFA                          2115 CALLE ALFA
VEGA ALTA, PR 00692-1078                 LEVITTOWN                                LEVITTOWN
                                         TOA BAJA, PR 00949-4235                  TOA BAJA, PR 00949-4235


Department of Treasury                   FIRST BANK                               FIRST MORTGAGE
Bankruptcy Section (Suite 1504)          BANKRUPTCY  DIVISION                     P O BOX 9146
235 Ave. Arterial Hostos                 P.O BOX 9146                             SANTURCE, PR  00908-0146
San Juan Puerto Rico 00918-1451          SAN JUAN ,PR 00908-0146


FIRST PREMIER BANK                       FIRSTBANK                                FIRSTBANK PUERTO RICO
P O BOX 17504                            P O BOX 9146                             CARDONA JIMENEZ LAW OFFICES, PSC
WILMINGTON, DE  19850                    SAN JUAN, PR 00908-0146                  PO BOX 9023593
                                                                                  SAN JUAN PR  00902-3593


(p)FORD MOTOR CREDIT COMPANY             GE Money Bank                            Internal Revenue Service
PO BOX 6275                              c/o Recovery Management Systems Corporat City View Plaza II
DEARBORN MI 48121-6275                   25 SE 2nd Ave Suite 1120                 Suite 2000
                                         Miami FL 33131-1605                      48 Carr 165
                                                                                  Guaynabo, PR 00968-8000


JC PENNY                                 JEANETTE NAZARIO                         JESUS PABON / KIRYA MENDEZ
PO BOX 960090                            2115 CALLE ALFTA                         2115 CALLE ALFTA
ORLANDO, FL  03289                       LEVITTOWN                                LEVITTOWN
                                         TOA BAJA, PR 00949-4235                  TOA BAJA, PR 00949-4235


LCDO ARRUFAT PIMENTEL                    LEADING EDGE                             MELANE TSE HERNANDEZ
905 DE DIEGO AVE                         P O BOX 129                              2115 CALLE ALFA
RPTO METROPOLITANO                       LINDEN, MI 48451-0129                    LEVITTOWN
RIO PIEDRAS, PR 00921-2504                                                        TOA BAJA, PR 00949-4235


PUERTO RICO ELECTRIC POWER               Premier BankCard/Charter                 RELIABLE FINANCIAL SERVICES
BANKRUPTCY CLAIMS OFFICE                 P.O. Box 2208                            PO BOX 21382
PO BOX 364267                            Vacaville, CA 95696-8208                 SAN JUAN, PR  00928-1382
SAN JUAN PR 00936-4267


SCOTIABANK                               T MOBILE                                 TCPR-Toyota Credit de Puerto Rico Corporatio
P O BOX 362394                           P O BOX 742596                           PO BOX 366251
SAN JUAN, PR 00936-2394                  CINCINNATI, OH 45274-2596                San Juan, Puerto Rico 00936-6251
```

| | | |
|---|---|---|
| TOYOTA CREDIT<br>P O BOX 71410<br>SAN JUAN, PR 00936-8510 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARITZA RIVERA RODRIGUEZ<br>AP1 CALLE 15<br>URB PRADERA<br>TOA BAJA, PR 00949-4050 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | PEDRO SEVILLA ESTELA<br>AP1 CALLE 15<br>URB PRADERA<br>TOA BAJA, PR 00949-4050 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FORD MOTOR CREDIT
P O BOX 5500
DETROIT, MI 48255-0953

(d)Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit MI 48255-0953

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)SCOTIABANK DE PUERTO RICO
c/o WALLACE VAZQUEZ SANABRIA
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36