IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO   SEVILLA ESTELA
MARITZA   RIVERA RODRIGUEZ


XXX-XX-0334
XXX-XX-1345

    Debtor(s)

CASE NO. 10-07630 BKT

Chapter 13




**FILED & ENTERED ON 03/15/2011**

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtors' request for reconsideration of the order dismissing the instant case (docket entry #26).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

IT IS FURTHER ORDERED, that the confirmation hearing is scheduled for June 9, 2011 at 9:00 a.m. in the United States Bankruptcy Court, Courtroom 3, 300 Recinto Sur Street, San Juan, Puerto Rico.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: all creditors