IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-07630(BKT) |
|---|---|
| PEDRO SEVILLA ESTELA<br>MARITZA RIVERA RODRIGUEZ<br>Debtors | CHAPTER 13 |

OBJECTION TO CONFIRMATION OF PLAN

TO THE HONORABLE COURT:

**NOW COMES**, Scotiabank de Puerto Rico, through counsel, and most respectfully **STATES** and **PRAYS**:

1. Debtor in instant matter filed a Plan of Reorganization on February 8, 2011.

2. Appearing party objects the mentioned plan because the loan matured on January 1, 2011 accordingly the propose plan does no comply with 11USC 1322 (d)(2).

3. Additionally the plan is not feasible and debtor is causing unreasonable delay which is prejudicial to creditor.

**WHEREFORE**, it is respectfully requested that this motion BE GRANTED accordingly the confirmation of the

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

plan BE DENIED, with such further relief as is deemed appropriate in the circumstances.

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Jose M Prito Carballo; Mr. Jose R. Carrion Morales;** and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this ___5___, day of May, 2011.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net